AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ADRIAN R. KELLY

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV213-102

SUZANNE R. HASTINGS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 29th day of August 2014, adopting the Report and Recommendation of the Magistrate Judge, judgment is hereby entered dismissing the petition for writ of habeas corpus. This case stands closed.

Approved by: [signature]

Date: September 4, 2014

Scott L. Poff
Clerk

s/Candy Asbell
*(By) Deputy Clerk*